IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE TAYLOR,<br><br>        Plaintiff,<br><br>vs.<br><br>BARSONY HOLSTERS & BELTS, LLC, an Oregon Limited Liability Company; and SMITH AND WESSON, a Delaware Corporation;<br><br>        Defendants. | **8:18CV210**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Counsel shall promptly schedule a date to mediate this case in late-September or early-October 2019.

2) A telephonic conference with the undersigned magistrate judge will be held on October 29, 2019 at 9:00 a.m. to discuss the outcome of the parties' efforts to settle and absent a full and complete settlement, the case progression schedule to trial. Counsel shall use the conferencing instructions assigned to this case to participate in the call.

Dated this 18th day of June, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge