IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE TAYLOR,<br><br>          Plaintiff,<br><br>vs.<br><br>BARSONY HOLSTERS & BELTS, LLC, an Oregon Limited Liability Company; and SMITH AND WESSON, a Delaware Corporation;<br><br>          Defendants. | **8:18CV210**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Michael S. Degan, as counsel of record for Defendant Smith and Wesson (Filing No. 46), is granted. Michael S. Degan shall no longer receive electronic notice in this case.

Dated this 3rd day of August, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge