IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE TAYLOR,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BARSONY HOLSTERS & BELTS, LLC, an Oregon Limited Liability Company; and SMITH AND WESSON, a Delaware Corporation;<br><br>　　　　　　　Defendants. | **8:18CV210**<br><br>**ORDER** |

　　　IT IS ORDERED that the motion to withdraw filed by Matthew Enenbach on behalf of Joseph O. Kavan, as counsel of record for Defendant Smith and Wesson, (Filing No. 50), is granted. Joseph O. Kavan shall no longer receive electronic notice in this case.

　　　Dated this 18th day of August, 2020.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge