IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE TAYLOR,<br><br>          Plaintiff,<br><br>vs.<br><br>BARSONY HOLSTERS & BELTS, LLC, an Oregon Limited Liability Company; and SMITH AND WESSON, a Delaware Corporation;<br><br>          Defendants. | **8:18CV210**<br><br>**ORDER** |

THIS MATTER coming before the Court on the Plaintiff's Motion to Dismiss, Defendant Smith & Wesson (Filing No. 59) dismissing Defendant Smith & Wesson. Just cause for the Motion being demonstrated, the Court finds that Plaintiff's Motion to Dismiss, Defendant Smith & Wesson should be granted.

IT IS THEREFORE ORDERED that Smith & Wesson be dismissed from the above captioned matter. Each party to bear its own costs.

Dated this 6th day of January, 2021.

                                            BY THE COURT:

                                            s/ Joseph F. Bataillon
                                            Senior United States District Judge