IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE TAYLOR,<br><br>                Plaintiff,<br><br>vs.<br><br>BARSONY HOLSTERS & BELTS, LLC, an Oregon Limited Liability Company; and SMITH AND WESSON, a Delaware Corporation;<br><br>                Defendants. | **8:18CV210**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Thomas M. White and the law firm of White & Jorgensen, as counsel of record for Plaintiff, (Filing No. 85), is granted. Thomas M. White shall no longer receive electronic notice in this case.

2) Plaintiff's new counsel shall promptly enter an appearance in this case.

3) This case has been pending for three years. During several conferences with the undersigned magistrate judge, the court has pressed the parties regarding the ability to set a trial date. Plaintiff's decision to now change counsel one month before the final pretrial conference will not be considered as evidence supporting a finding of good cause to extend any case progression deadlines or the trial and pretrial conference dates.

4) The trial and pretrial conference dates are unchanged. Plaintiff's new counsel shall prepare accordingly.

June 16, 2021.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge