IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHANE TAYLOR,

        Plaintiff,

vs.

BARSONY HOLSTERS & BELTS, LLC, an Oregon Limited Liability Company; and SMITH AND WESSON, a Delaware Corporation;

        Defendants.

**8:18CV210**

**ORDER**

IT IS ORDERED:

1) Motions in limine shall be filed on or before August 5, 2021. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on August 5, 2021 beginning at <u>10:00 a.m.</u>, and will be conducted by video conference. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in Word format, by 5:00 p.m. on August 2, 2021.

3) All counsel and party representatives will appear by videoconference. At the time of the conference, counsel must be connected to the videoconference using the connection information to be separately provided to the participants.

Dated this 21st day of July, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge