IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE TAYLOR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BARSONY HOLSTERS & BELTS, LLC, an Oregon Limited Liability Company;<br><br>　　　　　Defendant. | **8:18CV210**<br><br>**ORDER** |

On June 16, 2021, new counsel entered an appearance on behalf of Plaintiff, Shane Taylor. (Filing No. 88). Attorney Thomas M. White filed a motion to withdraw as counsel on the same day. (Filing No. 85). White filed a notice of attorney's lien on August 16, 2021, claiming his firm is entitled to recover the attorney fees and costs incurred during the firm's representation of Plaintiff. (Filing No. 107).

On or about August 20, 2021, the parties reached a confidential settlement and were ordered to file a joint stipulation for dismissal on or before September 20, 2021. (Filing No. 117). On September 8, 2021, White filed a Complaint in Intervention seeking to enforce the firm's lien on any proceeds obtained through judgment or settlement of this action. (Filing No. 118). On September 17, 2021, White filed a motion to intervene pursuant to Fed. R. Civ. P. 24, to enforce an attorney lien as provided by Neb. Rev. Stat. § 7-108. His brief in support of the motion indicates that the parties "have agreed to pay the amount in issue into the court . . ." (Filing No. 119).

This matter is before the court on White's motion to intervene[1], Defendant's unopposed motion to extend the dismissal deadline, and Defendant's unopposed motion to interplead the amount claimed in White's notice of attorney's lien.

---

[1] Based upon White's representation that the parties agreed to interplead the funds (Filing No. 119 at CM/ECF p. 1), and the subsequently filed unopposed motion for leave to interplead funds (Filing No. 123), White's motion to intervene is construed as unopposed.

IT IS ORDERED:

1) Thomas M. White's motion to intervene (Filing No. 121) is granted and his Intervenor Complaint, filed September 8, 2021, is deemed filed instanter and need not be refiled.

2) Defendant's unopposed motion for leave to deposit money into the court, (Filing No. 122), is granted as follows:

    a. On or before September 27, 2021, Defendant shall deposit a check in the amount of $ 95,756.25 with the Clerk of the Court for the United States District Court for the District of Nebraska.

    b. The Clerk is directed to deposit the aforementioned funds into an interest-bearing account until further order of this court pursuant to 28 U.S.C. § 2041 and NECivR 67.1.

    c. Upon Defendant's deposit of the funds, Plaintiff and the intervening party shall have no monetary claim against Defendant in this lawsuit.

3) The Clerk shall deliver a copy of this order to the court's Finance personnel.

4) Defendant's unopposed motion to extend the deadline to file a stipulation for dismissal (Filing No. 123) is granted. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) on or before October 20, 2021.

5) The clerk shall set an internal case management deadline of September 27, 2021.

Dated this 21st day of September, 2021.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge