IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE TAYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>BARSONY HOLSTERS & BELTS, LLC, an Oregon Limited Liability Company;<br><br>Defendant,<br><br>vs.<br><br>WHITE & JORGENSEN,<br><br>Intervenor. | **8:18CV210**<br><br>**ORDER** |

The claims between Plaintiff and Defendant are settled. Defendant has paid to Plaintiff's counsel the amount owed for settlement of the case minus the amount at issue pursuant to the Intervening Complaint for payment of an attorney lien. The defendant has deposited the amount withheld for Plaintiff's attorney fees into the court. (Text Receipt No. 8061542).

Since the primary case is fully resolved, this lawsuit will be closed for statistical purposes.

Accordingly,

IT IS ORDERED that the Clerk shall close this case for statistical purposes and set a case management deadline for October 12, 2021.

Dated this 27th day of September, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge