IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHANE TAYLOR,<br><br>             Plaintiff,<br><br>vs.<br><br>BARSONY HOLSTERS & BELTS, LLC, an Oregon Limited Liability Company,<br><br>             Defendant,<br><br>WHITE & JORGENSEN,<br><br>             Intervenor. | 8:18CV210<br><br>ORDER TO DESTROY |

Counsel for the plaintiff and intervenor notified the court on January 11, 2023, that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Exhibits from hearing held 1/31/2022

Intervenor's Exhibits from hearing held 1/31/2022

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

Dated this 11th day of January, 2023.

                                                          BY THE COURT:

                                                          s/ Joseph F. Bataillon
                                                          Senior United States District Judge